COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER
# GRANTING TEMPORARY RELIEF

Style"                  In re Nicolette Milton

Cause number:           01–13–00240–CV

Date motion filed:      April 25, 2013

Party filing motion:    Relator


It is ordered that the motion for temporary relief is granted.  The Court stays until further order of this Court proceeding in the trial in the underlying cause, *In re the Marriage of Milton and Milton and In re J.A.M., Jr., a child*, No. 2012-50381 (309th Dist. Ct., Harris County, Tex.). *See* TEX. R. APP. P. 52.10.


It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                        Acting individually


Date: May 1, 2013